1  COOLEY LLP
   JOHN C. DWYER (136533)
2  (dwyerjc@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
5
   COOLEY LLP
6  MICHAEL G. RHODES (116127)
   (mrhodes@cooley.com)
7  BENJAMIN F. CHAPMAN (234436)
   (bchapman@cooley.com)
8  4401 Eastgate Mall
   San Diego, CA 92121
9  Telephone: (858) 550-6000
   Facsimile: (858) 550-6420
10
11 Attorneys for Defendant eBay Inc.

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 MARSHALL BLOCK, On Behalf of Himself     Case No. C 11-06718 CRB
   And All Others Similarly Situated,
18                                          **STIPULATED REQUEST TO CHANGE DATE
                  Plaintiff,                OF INITIAL CASE MANAGEMENT
19                                          CONFERENCE (CIVIL L.R. 6-2)**
       v.
20                                          Judge:      Hon. Charles R. Breyer
   EBAY INC.,                               Trial Date: Not yet set
21
                  Defendant.
22

23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO. C 11-06718 CRB

1  Pursuant to Civil Local Rule 6-2, plaintiff Marshall Block ("Plaintiff") and defendant
2  eBay Inc. ("eBay") (Plaintiff and eBay collectively "the Parties"), by and through their respective
3  counsel, stipulate to the following request to change the date of the Initial Case Management
4  Conference:

5  WHEREAS, the Initial Case Management Conference was set by the Court for April 6,
6  2012 (Doc. 7);

7  WHEREAS, eBay's lead trial counsel, John Dwyer, is out of the country on April 6;

8  WHEREAS, Plaintiff's counsel, Roy Katriel, is unavailable on April 6 because it is the
9  first night of Passover;

10  WHEREAS, under Civil Local Rule 6-2 and this Court's Order Setting Case Management
11  Conference (Doc. 7), the parties may file a stipulation requesting an order changing the date of
12  the Initial Case Management Conference;

13  WHEREAS, counsel for the Parties have conferred and agreed that April 27, 2012 is a
14  mutually convenient date for the Initial Case Management Conference;

15  WHEREAS, counsel for the Parties have conferred and agreed that eBay will set the
16  hearing date for its motion to dismiss (which is to be filed on February 27, 2012) on the same day,
17  April 27, 2012, for the convenience of counsel so that the Initial Case Management Conference
18  and the hearing for eBay's motion to dismiss will be the same date;

19  WHEREAS, no prior time modifications affecting the Initial Case Management
20  Conference have occurred in this case; and

21  WHEREAS, the requested time modification should not have any affect on the schedule
22  for the case;

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO. C 11-06718 CRB

1   NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case
2   Management Conference be rescheduled to April 27, 2012.
3   **IT IS SO STIPULATED.**

4   Dated: February 24, 2012           COOLEY LLP

5                                      /s/Benjamin F. Chapman
6                                      Benjamin F. Chapman (234436)
                                       Attorneys for Defendant eBay Inc.
7                                      E-mail: bchapman@cooley.com

8   Dated: February 24, 2012           THE KATRIEL LAW FIRM

9                                      /s/Roy A. Katriel
10                                     Roy A. Katriel (265463)
                                       Attorneys for Plaintiff
11                                     E-mail: rak@katriellaw.com

12

13  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,
    Benjamin F. Chapman hereby attests that concurrence in the filing of this document has been
14  obtained.*

15                          ~~PROPOSED~~ **ORDER**

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18

19  DATED:      Feb. 27, 2012

20                                      The Honorable Charles R. Breyer
                                        United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

STIPULATED REQUEST TO CHANGE DATE OF
INITIAL CMC
CASE NO. C 11-06718 CRB