COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(mrhodes@cooley.com)
BENJAMIN F. CHAPMAN (234436)
(bchapman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHALL BLOCK, On Behalf of Himself And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY INC.,<br><br>    Defendant. | Case No. C 11-06718 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Judge: Hon. Charles R. Breyer<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C 11-06718 CRB

Pursuant to Civil Local Rule 16-8(c) and ADR Local Rule 3-5(c), plaintiff Marshall Block ("Plaintiff") and defendant eBay Inc. ("eBay"), by and through their respective counsel, hereby stipulate to participate in private mediation, to be held ninety (90) days from the date of an order from this Court either certifying or refusing to certify a class.

**IT IS SO STIPULATED.**

Dated: April 12, 2012      COOLEY LLP

/s/Benjamin F. Chapman
Benjamin F. Chapman (234436)
Attorneys for Defendant eBay Inc.
E-mail: bchapman@cooley.com

Dated: April 12, 2012      THE KATRIEL LAW FIRM

/s/Roy A. Katriel
Roy A. Katriel (265463)
Attorneys for Plaintiff
E-mail: rak@katriellaw.com

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin F. Chapman hereby attests that concurrence in the filing of this document has been obtained.*

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 04/13/2012

The
United States
Judge Charles R. Breyer

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C 11-06718 CRB