UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHALL BLOCK, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 11-06718 CRB<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge: Hon. Charles R. Breyer<br>Trial Date: Not yet set |

1  On December 30, 2011, Plaintiff Marshall Block filed a class action Complaint against
2  Defendant eBay Inc. ("eBay").
3  On February 27, 2012, defendant eBay Inc. ("eBay") filed a Motion to Dismiss Plaintiff's
4  Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss"). (Dkt.
5  #14.)
6  On April 27, 2012, the Court held a hearing on eBay's Motion to Dismiss. (Dkt. #23.)
7  On May 7, 2012, after consideration of the briefs filed by the parties and arguments of
8  counsel for the parties the Court entered an Order granting the Motion to Dismiss. (Dkt. #24.)
9  The Court then gave Plaintiff thirty (30) days to amend his Complaint. (*Id*.)
10 On June 5, 2012, Plaintiff filed a notice of his intent to stand on his original Complaint,
11 thereby stating his intent not to amend his original Complaint. (Dkt. #25.)
12 Accordingly, in accordance with the Order granting the Motion to Dismiss and pursuant to
13 Federal Rule of Civil Procedure 58(d),
14 IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
15   1. Plaintiff Marshall Block shall take nothing on his claims against eBay;
16   2. The action shall be dismissed with prejudice on the merits;
17   3. Judgment shall be entered in favor of eBay; and
18   4. eBay shall recover its costs on Plaintiff's claims.
19 IT IS SO ORDERED.

21 Dated: _____June 18__, 2012

23 By: _____
    United States District Judge

    *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" / Judge Charles R. Breyer]*